NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE NATIONAL OILWELL VARCO, L.P.,**
*Petitioner.*

---

Miscellaneous Docket No. 994

---

On Petition for Writ of Mandamus to the United States District Court for the Southern District of Texas in case no. 06-CV-170, Judge Lynn N. Hughes.

---

**ON PETITION**

---

# ORDER

National Oilwell Varco, L.P. submits a petition for a writ of mandamus to direct the United States District Court for the Southern District of Texas to vacate its orders denying National Oilwell's requests for discovery.

Upon consideration thereof,

IT IS ORDERED THAT:

Hydril Co., L.P. is directed to respond no later than July 26, 2011.

FOR THE COURT

_____JUL 1 2 2011_____                    /s/ Jan Horbaly
        Date                              Jan Horbaly
                                          Clerk


cc:  Robert M. Bowick, Esq.
     R. Paul Yetter, Esq.
     Clerk, United States District Court for the Southern
District of Texas

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 2 2011

JAN HORBALY
CLERK